884

No. 96–5179. GADSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5180. FREDELUCES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 96–5181. GILBERT v. PARKER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5182. ESPOSITO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5183. COLEMAN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 96–5184. BATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5187. PULLEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5188. SALLEE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5189. ROGERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5191. SIMPSON v. CEPAK, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5192. SANTOS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–5193. SMITH v. ENGLEWOOD ASSOCIATES ET AL. Ct. App. Ga. Certiorari denied.

No. 96–5194. ORTIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5195. BRISCOE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.